U.S. DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NY (White Plains)

------------------------------------------------------------x
JONATHAN KUHL

       : INDEX: 19-cv-8403-VLR

    Plaintiff

v.

U.S. BANK TRUST NATIONAL
ASSOCIATION, NOT IN ITS INDIVIDUAL
CAPACITY BUT SOLELY AS OWNER
TRUSTEE FOR LEGACY MORTGAGE
ASSET TRUST 2018GS-1, MTGLQ   : AFFIDAVIT
INVESTORS, LP and RUSHMORE LOAN   : OF SERVICE
MANAGEMENT SERVICES LLC

    Defendants
------------------------------------------------------------x



DONALD ROSENDALE being sworn states as follows:

1. I am over 18 years of age, a U.S. Citizen and I am not a party to this action.
2. I served the herein Affidavit in Further Support of Order to Show Cause on the defendants on September 25, 2019 by mailing copies to them as follows:
U.S. Bank Trust N.A. 180 South 54th St., St. Paul, Minn. (2 copies)
MTGLQ Investors LLC 6011 Connection Dr., Irving TX
Rushmore Home Loans Management, 15480 Canyon Rd., Irvine, CA.

3. I swear under penalty of perjury that the above statements are true.

Respectfully,

Donald Rosendale
4848 Route 44, Amenia NY 12501
Dated: September 25, 2019    845 373 9017