# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK
# WHITE PLAINS DIVISION

JONATHAN KUHL,

       Plaintiff,

vs.                                         Civil Action No. 7:19-cv-08403-VB

U.S. BANK TRUST NATIONAL
ASSOCIATION, etc., et al.,

       Defendants.

_____/

## MTGLQ INVESTORS, LP'S RULE 7.1 DISCLOSURE STATEMENT

Defendant MTGLQ Investors, LP ("MTGLQ"), pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.1.1, states:

MTGLQ is a Delaware limited partnership with a principal place of business in New York, New York. MTGLQ is indirectly owned by The Goldman Sachs Group, Inc. ("Goldman Sachs"), a publicly traded company on the New York Stock Exchange. With the

exception of Goldman Sachs, there is no other publicly held company that holds more than a 10% ownership interest in MTGLQ.

        Respectfully submitted,

        NELSON MULLINS RILEY & SCARBOROUGH, LLP

        By: */s/ Frank Morreale*
            Frank Morreale
            50 N. Laura Street, 41st Floor
            Jacksonville, Florida 32202

            280 Park Avenue, 15th Floor West
            New York, New York 10017
            (904) 665-3651
            frank.morreale@nelsonmullins.com

            Lisa A. Herbert
            280 Park Avenue, 15th Floor West
            New York, New York 10017
            (644) 428-2642
            lisa.herbert@nelsonmullins.com

*Attorneys for Defendant MTGLQ Investors, LP*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF on October 8, 2019. I also certify that the foregoing document is being served this day on the following counsel of record via transmission of Electronic Filing generated by CM/ECF and by U.S. Mail on *Pro Se* Plaintiff Jonathan Kuhl:

**By U.S. Mail**

Jonathan Kuhl
115 South Quaker Lane
Hyde Park, NY 12538

                                               */s/ Frank Morreale*
                                                      Attorney

~#4817-7708-6120 v.1~