# EXHIBIT A

December 18, 2017

**NOTICE OF ASSIGNMENT, SALE OR TRANSFER OF OWNERSHIP OF MORTGAGE LOAN (15 U.S.C. § 1641(g))**

You are receiving this notice because the ownership of your mortgage loan identified below has been sold, assigned, or transferred to MTGLQ Investors, L.P. ("Covered Person"). You may contact the prior holder of your mortgage loan, or the servicer of your mortgage loan, if you want to confirm the sale/assignment/transfer of your mortgage loan to the new Covered Person.

Information about your Mortgage Loan:

Borrower Name(s): JONATHAN A KUHL
Caliber Home Loans, Inc. Loan Number: 9802534777
Address of Mortgaged Property: 115 MELANIE WAY, HYDE PARK, NY 12538

*Please note the following information regarding the sale/assignment/transfer of your mortgage loan:*

1. Name, address and telephone number of the new Covered Person:
   MTGLQ Investors, L.P., 6011 Connection Drive, Irving TX, 75039  (866) 707-8234

2. Date of sale/assignment/transfer of your mortgage loan:  November 21, 2017

3. How to reach your Mortgage Loan Servicer, which is the party who has authority to act on behalf of the new Covered Person:

   MTGLQ Investors, L.P. does not service your loan. The current servicer of your loan is Caliber Home Loans, Inc. (your "Mortgage Loan Servicer"). Your Mortgage Loan Servicer is responsible for the ongoing administration of your mortgage loan, including collecting mortgage payments, sending billing statements and escrow statements and answering any questions you may have about your mortgage loan.

   **MTGLQ INVESTORS, L.P. IS NOT THE SERVICER OF YOUR LOAN. ANY MORTGAGE PAYMENTS SHOULD CONTINUE TO BE SENT TO YOUR MORTGAGE SERVICER. SHOULD YOU HAVE ANY QUESTIONS REGARDING YOUR LOAN, PLEASE CONTACT THE SERVICER USING THE CONTACT INFORMATION SET FORTH BELOW.**

   The mailing address and phone number of the Mortgage Loan Servicer for your mortgage loan is:
   Caliber Home Loans, Inc
   PO Box 650856
   Dallas, TX  75265-0856
   1-800-401-6587
   8:00 a.m. – 7:00 p.m. (CST) Monday – Friday

4. The location of the place where transfer of ownership of the debt is or may be recorded is the office of public land records or the recorder of deeds office for the county or local jurisdiction where the property is located.

5. Partial Payments:

   MTGLQ Investors, L.P. is your new lender and may have a different Partial Payment Policy than your previous lender. Under our policy, we may hold payments that are less than the amount due (partial payments) in a separate account until you pay the rest of the payment, and then apply the full payment to your loan. If this loan is sold, your new lender may have a different policy.

6. Additional information:

   The transfer of ownership of your loan does not affect any term or condition of your mortgage loan, other than terms directly related to the ownership of your loan.

   This notice does not change the address where you send your mortgage loan payments. Any payments should be sent to your Mortgage Loan Servicer, as noted above.

**This notice is not an attempt to collect, assess or recover a claim against you, or to obtain possession or control of any property.**