UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION

JONATHAN KUHL,

        Plaintiff,

                                    CASE NO. 7:19-cv-08403-VB

vs.

U.S. BANK TRUST NATIONAL
ASSOCIATION, etc., et al.,

        Defendants.
_____/

## NOTICE OF APPEARANCE OF CO-COUNSEL

Notice is hereby given that Lisa A. Herbert, Esq. of Nelson Mullins Riley & Scarborough LLP enters her appearance as counsel for Defendant MTGLQ Investors, LP, along with Frank Morreale, Esq., in the instant case. All pleadings, papers, and correspondence in this matter should be served upon the undersigned counsel.

                                                NELSON MULLINS RILEY &
                                                SCARBOROUGH, LLP


                                                By: */s/ Lisa A. Herbert*
                                                      Lisa A. Herbert
                                                      280 Park Avenue, 15th Floor West
                                                      New York, New York 10017
                                                      (646) 428-2642
                                                      lisa.herbert@nelsonmullins.com

Frank Morreale
50 N. Laura Street, 41st Floor
Jacksonville, Florida 32202

280 Park Avenue, 15th Floor West
New York, New York 10017
(904) 665-3651
frank.morreale@nelsonmullins.com

*Attorneys for Defendant MTGLQ Investors, LP*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF on October 15, 2019.  I also certify that the foregoing document is being served this day by U.S. Mail on *Pro Se* Plaintiff Jonathan Kuhl:

**By U.S. Mail**

Jonathan Kuhl
115 South Quaker Lane
Hyde Park, NY 12538

                                                                                */s/ Lisa A. Herbert*
                                                                                   Attorney

~#4837-8654-8905~