UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JONATHAN KUHL,<br><br>      Plaintiff,<br><br> -against-<br><br>U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR LEGACY MORTGAGE ASSET TRUST 2018GS-1; MTGLQ INVESTORS, LP; and RUSHMORE LOAN MANAGEMENT SERVICES LLC,<br><br>      Defendants. | **NOTICE OF APPEARANCE**<br><br>CASE NO. 19-CV-8403-VB |

TO: The Clerk of the Court and all Parties of Record

  **PLEASE TAKE NOTICE** that Érina Fitzgerald, Esq., an attorney at Knuckles, Komosinski & Manfro, LLP, being duly admitted or otherwise authorized to practice in this Court, hereby appears in this proceeding as counsel for Defendant, Rushmore Loan Management Services LLC.

  Please forward all notices and communications to the undersigned.

Dated: Fishkill, New York
    October 15, 2019

                **KNUCKLES, KOMOSINSKI & MANFRO, LLP**
                *Attorneys for Rushmore Loan Management Services LLC*

                /s/ Érina Fitzgerald
                ÉRINA FITZGERALD, ESQ.
                565 Taxter Road, Suite 590
                Elmsford, New York 10523
                (914) 345-3020
                ef@kkmllp.com