UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JONATHAN KUHL,

                Plaintiff,

-against-

U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR LEGACY MORTGAGE ASSET TRUST 2018GS-1; MTGLQ INVESTORS, LP; and RUSHMORE LOAN MANAGEMENT SERVICES LLC,

                Defendants.

**AFFIRMATION OF SERVICE**

CASE NO. 19-CV-8403-VB

STATE OF NEW YORK    )
                                  ) ss.:
COUNTY OF DUTCHESS  )

      I, Érina Fitzgerald, Esq., being duly sworn, deposes and says: I am not a party to the action, I am over 18 years of age, and I reside in Dutchess County, New York.

      On October 15, 2019, I served the within copy of the **Notice of Appearance** by depositing true copies thereof enclosed in a post-paid envelope, by first class mail in an official depository under the exclusive care and custody of the U.S. Postal Service within the State of New York**,** addressed to the following persons at the last known address set forth below:

**Plaintiff:**
Jonathan Kuhl
115 South Quaker Lane
Hyde Park, NY 12538

**Defendant:**
MTGLQ Investors, LP
c/o Nelson Mullins Riley & Scarborough, LLP
50 N. Laura Street, Suite 4100
Jacksonville, FL 32202

Sworn to this 15th day of October, 2019        /s/ Érina Fitzgerald_____
                                                                      ÉRINA FITZGERALD