# EXHIBIT "B"



# New York State Unified Court System

## WebCivil Supreme - Case Detail

Add to eTrack

| | |
|---|---|
| Court: | **Dutchess Supreme Court** |
| Index Number: | **0053461/2019** |
| Case Name: | **U.S. BANK TRUST NATIONAL vs. KUHL, JONATHAN A/K/A ETAL** |
| Case Type: | **E-FORECLOSURE** |
| Track: | **Standard** |
| RJI Filed: | **10/15/2019** |
| Date NOI Due: | |
| NOI Filed: | |
| Disposition Date: | |
| Calendar Number: | |
| Jury Status: | |
| Justice Name: | **HON. CHRISTI J. ACKER** |

Attorney/Firm For Plaintiff:
**KNUCKLES, KOMOSINSKI & MANFRO**         Attorney Type: **Retained**         Atty. Status: **Active**
**565 TAXTER ROAD, SUITE 590**
**ELMSFORD, NY 10523**
**914-345-3020**

Attorney/Firm For Defendant:
**PRO SE**         Attorney Type: **Retained**         Atty. Status: **Active**
**SEE COMMENT SCREEN FOR NAME ADDRESS & PHONE NO.**

Close | Show Appearances | Show Motions