# EXHIBIT "F"

Great American Insurance Company, As Agent For:
Great American E&S Insurance Company
P.O. Box 297
Cincinnati, OH 45201

No. 0000421831
DATE 04/12/19
CHECK VOID AFTER 180 DAYS

$151,877.02

INSURED NAME: Rushmore Loan Management Services LLC
Claimant Name: Rushmore Loan Management Services LLC
POLICY NO:
CLAIM NO:
DATE OF LOSS: 1/27/2019

STATEMENT OF ACCOUNT: ACV Payment / SWBC # 19143120

151877 DOLLARS AND 02 CENTS

PAY TO THE ORDER OF: Rushmore Loan Management Services LLC

PRODUCER: Southwest Business Corporation
9311 San Pedro Avenue
Suite 600
San Antonio, TX 78216-4459

Great American Insurance Company
BY: David J. Witzgall, Senior Vice President, CFO & Treasurer

PNC BANK, N.A. 070
ASHLAND, OHIO

56-389/412   FS