# EXHIBIT "I"



**Safeguard**

7887 Safeguard Circle
Valley View, OH 44125

Toll Free 800.852.8306
Fax 216.739.2700

www.safeguardproperties.com

# New Order

| Client: Rushmore Loan Mgmt Services | Loan: |
| --- | --- |
| | Loan Type: CV |
| | Mortgagor: JONATHAN A KUHL |
| | Addresss: 115 MELANIE WAY |
| | HYDE PARK, NY 12538 |
| Sent Date: 08/14/2019 | Work Order#: 303558154 |

```
To: Rushmore Loan Mgmt Services
From: Stephanie Mangello
Work Ordered: IL WITH SCOPE OF WORK
Loan Number:
*** Final Update ***

Date Time Instructions
-Completed Date: 2019-08-06T16:41:00-04:00

Interior Inspections
-Was the repair list obtained?: Yes
-Did the mortgagor sign the satisfaction form?: Yes
-Is the mortgagor satisfied with the work completed to date?: Yes
-Was the contractor present for the inspection?: No
-Are There Any Obvious Health And Safety Issues At The Property?: No
-Safeguard Reviewer Comments:
-Have the mortgagor sign the inspection results form.  Scan the form
and attach it as a photo to these results!: OK
-Please describe repairs completed on site per scope: Demo on garage
and cleanup
-Please describe work still required for completion: Rebuild garage
-What is the percentage of work completed?: 7

Neighborhood Exterior Demo Citations
-Are There Any Obvious Health And Safety Issues At The Property?: No
-Were There Any Observed Escalated Events Or Issues At The Time Of
This Inspection?: No

Comments
-Comments: Demo work completed

Damages
```



**Safeguard**

7887 Safeguard Circle
Valley View, OH 44125

Toll Free 800.852.8306
Fax 216.739.2700

www.safeguardproperties.com

## New Order

| Client: Rushmore Loan Mgmt Services | Loan: | |
| --- | --- | --- |
| | Loan Type: | CV |
| | Mortgagor: | JONATHAN A KUHL |
| | Addresss: | 115 MELANIE WAY |
| | | HYDE PARK, NY 12538 |
| Sent Date: 08/14/2019 | Work Order#: | 303558154 |

No Damages Have Been Reported For This Property

If receiving this update by fax please access our website at www.safeguardproperties.com

08/14/2019 09:30:08 EST



# Safeguard Properties

7887 Safeguard Circle
Valley View, OH 44125

Toll Free 800.852.8306
Fax 216.739.2700

www.safeguardproperties.com

| | |
|---|---|
| Client: Rushmore Loan Mgmt Services | Mortgagor: JONATHAN A KUHL |
| Loan: | Addresss: 115 MELANIE WAY |
| Loan Type: CV | HYDE PARK, NY 12538 |



#4590770604
Description: Condition Garage
Order Number: 303558154
CompletedDate: 8/6/2019



#4590771021
Description: Condition Street Sign
Order Number: 303558154
CompletedDate: 8/6/2019



#4590770595
Description: Condition Front of House
Order Number: 303558154
CompletedDate: 8/6/2019



#4590772349
Description: Condition Front of House
Order Number: 303558154
CompletedDate: 8/6/2019



#4590770596
Description: Condition Garage
Order Number: 303558154
CompletedDate: 8/6/2019



#4590772076
Description: Condition Garage
Order Number: 303558154
CompletedDate: 8/6/2019



#4590771029
Description: Condition Garage
Order Number: 303558154
CompletedDate: 8/6/2019



#4590771626
Description: Condition Garage
Order Number: 303558154
CompletedDate: 8/6/2019



#4590772632
Description: Condition House #/Address Sign
Order Number: 303558154
CompletedDate: 8/6/2019



#4590772353
Description: Condition Garage
Order Number: 303558154
CompletedDate: 8/6/2019



#4590770607
Description: Condition Signed Result Form
Order Number: 303558154
CompletedDate: 8/6/2019



#4590772088
Description: Condition Street Scene
Order Number: 303558154
CompletedDate: 8/6/2019



#4590772089
Description: Condition Signed Result Form
Order Number: 303558154
CompletedDate: 8/6/2019



#4593954748
Description: Condition Insurance Loss Form
Order Number: 303558154
CompletedDate: 8/6/2019



#4593954749
Description: Condition Insurance Loss Form
Order Number: 303558154
CompletedDate: 8/6/2019



#4596604375
Description: Condition Insurance Loss Form
Order Number: 303558154
CompletedDate: 8/6/2019

08/14/2019 09:30:13 EST



7887 Safeguard Circle
Valley View, OH 44125

Toll Free 800.852.8306
Fax 216.739.2700

www.safeguardproperties.com

| | | | |
|---|---|---|---|
| Client: | Rushmore Loan Mgmt Services | Mortgagor: | JONATHAN A KUHL |
| Loan: | | Addresss: | 115 MELANIE WAY |
| Loan Type: | CV | | HYDE PARK, NY 12538 |



# 4596604376
Description: Condition Insurance Loss Form
Order Number: 303558154
CompletedDate: 8/6/2019



# 4596602970
Description: Condition Insurance Loss Form
Order Number: 303558154
CompletedDate: 8/6/2019