# EXHIBIT "L"



PO Box 2429
Scottsbluff, NE 69363-2429

**Notice Date: September 18, 2019**

JONATHAN KUHL
115 MELANIE WAY
HYDE PARK, NY 12538

**Loan Number:**
**ILD ID:**
**Property Address:**
115 MELANIE WAY
HYDE PARK, NY 125380000

Dear JONATHAN KUHL,

Please find enclosed check in the amount of $12,030.19, which represents the interim release of your insurance loss funds for property repairs.

In order to avoid an unnecessary delay in future releases of funds, please refer to the Claim Procedures sent to you previously to identify what is required for subsequent disbursements.

If you have any questions, you may write to Rushmore Loan Management Services Loss Draft Department, PO Box 2429, Scottsbluff, NE 69363-2429, or call our Customer Service Department toll free at (866) 661-9372. Office hours are 7:00 AM to
7:00 PM, Central Standard Time, Monday through Friday.

Sincerely,

Loss Draft Department

Fax: (866) 321-2435



JONATHAN KUHL

# ADDITIONAL NOTICES

Rushmore Loan Management Services LLC is a Debt Collector, who is attempting to collect a debt. Any information obtained will be used for that purpose. However, if you are in Bankruptcy or received a Bankruptcy Discharge of this debt, this letter is being sent for informational purposes only, is not an attempt to collect a debt and does not constitute a notice of personal liability with respect to the debt.

If you have any other mortgage loans secured by the same property not serviced by Rushmore, please contact your other servicer directly to discuss any possible loss mitigation options that may be available to you.

If you are a confirmed Successor-in-Interest who has not assumed the mortgage loan obligation under State Law, this letter is being sent for information purposes only and does not constitute personal liability with respect to the debt.

**LEGAL NOTIFICATION:** Rushmore Loan Management Services LLC may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

**Notice of Error Resolution & Information Request Procedures**
The following outlines the Error Resolution and Information Request Procedures for your mortgage account at Rushmore Loan Management Services LLC (RLMS). Please keep this document for your records.

***If you think an error has occurred on your mortgage account or if you need specific information about the servicing of your loan, please write us at:***
**Rushmore Loan Management Services LLC**
P.O. Box 52262
Irvine, California 92619-2262

All written requests for information or notices of error should contain the following information:

1. Your name
2. Account number
3. Property Address
4. Description of the error and explanation as to why you believe it is an error or a request for specific information regarding the servicing of your loan.
5. Current contact information so we may follow up with you.

All written requests for specific information will be handled within 30 days of receipt. We will determine whether an error occurred within 30 days after receiving your notice of error and will correct any error promptly (Notices of error on payoff statements will be handled within 7 days). If additional time is needed to investigate your complaint or request, we may take up to 45 days but we will notify you of the extension within the original 30 days. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

**HUD STATEMENT**
Pursuant to section 169 of the Housing and Community Development Act of 1987, you may have the opportunity to receive counseling from various local agencies regarding the retention of your home. You may obtain a list of the HUD approved housing counseling agencies by calling the HUD nationwide toll free telephone at 1-800-569-4287.

**Equal Credit Opportunity Act Disclosure**
NOTICE: The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is the Bureau of Consumer Financial Protection, 1700 G Street NW, Washington, DC 20552.

Rev 4/19

## STATE SPECIFIC NOTICES

**The following notice applies to Arkansas residents only:**

Please note that Rushmore Loan Management Services LLC is licensed in Arkansas and that complaints about Rushmore Loan Management Services LLC may be submitted to the Arkansas Securities Department via the Department's website (http://www.securities.arkansas.gov/) or toll-free 1-800-981-4429.

**The following notice applies to California residents only:**

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8:00 a.m. or after 9:00 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP (382-4357) or www.ftc.gov.

**The following notice applies to Colorado residents only:**

Please note: A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt.
FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE www.coag.gov/car.
Please be advised that you can reach the Colorado Foreclosure Hotline at 1-877-601-HOPE (601-4673).

Local Rushmore Loan Management Services LLC Agent for Colorado Residents:
Irvin Borenstein
7200 S. Alton Way, #B180
Centennial, CO 80112
303-309-3839

**The following notice applies to Hawaii residents only:**

Rushmore is licensed by the Division of Financial Institutions for the State of Hawaii. A borrower may file a complaint about Rushmore Loan Management Services with the Commissioner:

Division of Financial Institutions
Department of Commerce and Consumer Affairs
King Kalakaua Building
335 Merchant Street, Rm. 221
Honolulu, HI 96813

**The following notice applies to Massachusetts residents only:**

Notice of IMPORTANT RIGHTS: You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten (10) days unless you provide written confirmation of the request postmarked or delivered within seven (7) days of such request. You may terminate this request by writing to the creditor.

**The following notice applies to North Carolina residents only:**

**If you believe the loss mitigation request has been wrongly denied, you may file a complaint with the North Carolina Office of the Commissioner of Banks website,** www.nccob.gov .

**RUSHMORE LOAN MANAGEMENT SERVICES LLC Branch Addresses:**
California Branch: 15480 Laguna Canyon Road, Suite 100, Irvine CA 92618
Texas Branch: 1755 Wittington Place, Suite 400, Dallas TX 75234
Oklahoma Branch: 2000 North Classen Blvd, Suite N3400, Oklahoma City, OK 73106

**Collection Agency**
CA Office License Number: **103651**
TX Office License Number: **112248**
OK Office License Number: **113559**

**The following notice applies to New York residents only:**

NOTICE PURSUANT TO NEW YORK STATE BANKING REGULATION 419
Rushmore is registered with the Superintendent of Banks for the State of New York. A borrower may file a complaint about Rushmore Loan Management Services with the New York State Department of Financial Services. A borrower may obtain further information from the New York State Department of Financial Services by calling the Department's Consumer Assistance Unit at 1-800-342-3736 or by visiting the Department's website at www.dfs.ny.gov.

**If you believe the loss mitigation request has been wrongly denied, you may file a complaint with the New York State Department of Financial Services at 1-800-342-3736 or www.dfs.ny.gov**

NMLS Unique ID Number 185729

**The following notice applies to Texas residents only:**

COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TX 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 1-877-276-5550.

A complaint form and instructions may be downloaded and printed from the Department's website located at www.sml.texas.gov or obtained from the department upon request by mail at the address above, by telephone at its toll-free consumer hotline listed above, or by email at smlinfo@sml.texas.gov.

**The following notice applies to Oregon residents only:**

Pursuant to Oregon Revised Statutes 86A.324(1)(i), the Director of the Department of Consumer and Business Services prescribes by rule. Residential mortgage loan servicers are regulated by the Oregon Division of Financial Regulation. If you have a question or complaint against a company or individual in the financial services industry, you may file a complaint by calling the Department at 1-866-814-9710 or by visiting http://dfr.oregon.gov. You may also send your complaints by fax to 503-947-7862, or by mail to: PO Box 14480, Salem, OR 97309-0405.

**The following notice applies to Pennsylvania residents only:**

The lender shall retain a security interest in the residential real estate unless and until the debt is fully satisfied and the security interest is released.

**The following notice applies to Wisconsin residents only:**

This collection agency is licensed by the Division of Banking in the Wisconsin Department of Financial Institutions, www.wdfi.org.


**RUSHMORE LOAN MANAGEMENT SERVICES**

RLMS
WELLS FARGO
DISBURSEMENT CLEARING
HD2   376   LDINTEGRI
7601314432

11-24/1210

CHECK NO. **2019059613**

MO/DAY/YR **10/16/2019**

FOR PAYMENT OF RESTRICTED ESCROW

Forty Thousand and 00/100 Dollars

AMOUNT ***$40,000.00

VOID IF NOT CASHED WITHIN 90 DAYS

PAY TO THE ORDER OF

INTEGRITY PROPERTY MGMT
& JONATHAN A KUHL
115 MELANIE WAY
HYDE PARK, NY 12538

*[signatures]*
AUTHORIZED SIGNATURE

---

## Disbursement Check Voucher

PAYEE NAME & ADDRESS:
INTEGRITY PROPERTY MGMT
& JONATHAN A KUHL
115 MELANIE WAY
HYDE PARK, NY 12538

CHECK NUMBER: 2019059613
CHECK DATE: 10/16/2019
PAYEE CODE: LDINTEGRI

BATCH: HD2    PAGE 1 OF 1

| LOAN NUMBER | SHORT NAME/ INIT NAME/ PROPERTY ADDRESS | DESCRIPTION | TRAN CODE | DATE | AMOUNT DUE |
|---|---|---|---|---|---|
| | JA KUHL | INTERIM DRAW | 304 | | 40,000.00 |

Check Totals:    1 Item    $40,000.00



473242740192

# Delivered
## Friday 10/25/2019 at 12:30 pm

**DELIVERED**
Signature not required

GET STATUS UPDATES
OBTAIN PROOF OF DELIVERY

| FROM | TO |
|---|---|
| Irvine, CA US | HYDE PARK, NY US |

## Shipment Facts

| TRACKING NUMBER | SERVICE | WEIGHT |
|---|---|---|
| 473242740192 | FedEx 2Day | 0.5 lbs / 0.23 kgs |

| DELIVERED TO | TOTAL PIECES | TOTAL SHIPMENT WEIGHT |
|---|---|---|
| Residence | 1 | 0.5 lbs / 0.23 kgs |

| TERMS | PURCHASE ORDER NUMBER | SHIPPER REFERENCE |
|---|---|---|
| Shipper | ALANT@RUSHMORELM.COM | Z321 |

| PACKAGING | SPECIAL HANDLING SECTION | STANDARD TRANSIT |
|---|---|---|
| FedEx Envelope | Deliver Weekday, Residential Delivery | 10/25/2019 by 8:00 pm |

| SHIP DATE | ACTUAL DELIVERY | |
|---|---|---|
| Wed 10/23/2019 | Fri 10/25/2019 12:30 pm | |

## Travel History

Local Scan Time

**Friday, 10/25/2019**

| 12:30 pm | HYDE PARK, NY | Delivered |
| | | Left at front door. Package delivered to recipient address - release authorized |
| 8:28 am | NEWBURGH, NY | On FedEx vehicle for delivery |
| 7:45 am | NEWBURGH, NY | At local FedEx facility |

11/14/2019      Track your package or shipment with FedEx Tracking

| Time | Location | Status |
|---|---|---|
| 3:55 am | NEWARK, NJ | Departed FedEx location |
| **Thursday, 10/24/2019** | | |
| 6:52 pm | NEWARK, NJ | Arrived at FedEx location |
| 3:44 pm | MEMPHIS, TN | Departed FedEx location |
| 8:16 am | MEMPHIS, TN | Arrived at FedEx location |
| **Wednesday, 10/23/2019** | | |
| 7:09 pm | SAN ANTONIO, TX | Picked up |
| **Friday, 10/18/2019** | | |
| 11:52 am | | Shipment information sent to FedEx |