UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

JONATHAN KUHL,

                            Plaintiff,

    -against-                            **AFFIRMATION OF SERVICE**

U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR LEGACY MORTGAGE ASSET TRUST 2018-GS1, MTGLQ INVESTORS, LP, and RUSHMORE LOAN MANAGEMENT SERVICES LLC,

                            Defendants.

Case No. 19-CV-8403-VB

-------------------------------------------------------------------X
STATE OF NEW YORK    )
                              ) S.S.:
COUNTY OF DUTCHESS  )

    I, Érina Fitzgerald, Esq., being duly sworn, deposes and says: I am not a party to the action, I am over 18 years of age, and I reside in Dutchess County, New York.

    On November 15, 2019, I served the within copy of the **Notice of Motion to Dismiss Action, Affirmation in Support of Motion, Exhibits, Memorandum of Law in Support of Motion, and Proposed Order** via electronic filing and by depositing true copies thereof enclosed in a post-paid plain envelope, by first class mail in an official depository under the exclusive care and custody of the U.S. Postal Service within the State of New York, addressed to the following persons at the last known address set forth below:

Jonathan Kuhl
115 Melanie Way
Hyde Park, New York 12538

United States Courthouse
Chambers of Hon. Vincent L. Briccetti
300 Quarropas Street, Room 630
White Plains, New York 10601


Sworn to this 15th day of November, 2019      /s/ Érina Fitzgerald, Esq._____
                                                                   Érina Fitzgerald, Esq.