UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

JONATHAN KUHL,

                                   Plaintiff,

      -against-                                  **SUPPLEMENTAL AFFIRMATION OF SERVICE**

U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR LEGACY MORTGAGE ASSET TRUST 2018-GS1, MTGLQ INVESTORS, LP, and RUSHMORE LOAN MANAGEMENT SERVICES LLC,

                                  Case No. 19-CV-8403-VB

                                 Defendants.
------------------------------------------------------------------X

STATE OF NEW YORK    )
                            ) S.S.:
COUNTY OF DUTCHESS   )

      I, Érina Fitzgerald, Esq., being duly sworn, deposes and says: I am not a party to the action, I am over 18 years of age, and I reside in Dutchess County, New York.

      On November 18, 2019, I served the within copy of the **Notice of Motion to Dismiss Action, Affirmation in Support of Motion, Exhibits, Memorandum of Law in Support of Motion, and Proposed Order** by depositing true copies thereof enclosed in a post-paid plain envelope, by first class mail in an official depository under the exclusive care and custody of the U.S. Postal Service within the State of New York, addressed to the following persons at the last known address set forth below:

Jonathan Kuhl
115 South Quaker Lane
Hyde Park, New York 12538

Jonathan Kuhl
11 Melanie Way
Hyde Park, New York 12601


Sworn to this 18th day of November, 2019       /s/ Érina Fitzgerald, Esq._____
                                                       Érina Fitzgerald, Esq.