

**NELSON MULLINS**

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTORNEYS AND COUNSELORS AT LAW

280 Park Avenue | 15th Floor West
New York, NY 10017
T 646.428.2600  F 646.428.2610
nelsonmullins.com

Lisa A Herbert
T 644.428.2642
lisa.herbert@nelsonmullins.com

December 12, 2019

**By ECF**

Honorable Vincent L. Briccetti
United States District Court
Southern District of New York
300 Quarropas Street, Room 630
White Plains, NY 10601

      RE:   *Kuhl v. U.S. Bank National Trust Assoc., etc., et al.*
               Case No. 7:19-cv-08403-VB (S.D.N.Y., filed Sept. 10, 2019)

Dear Judge Briccetti:

    We represent Defendant MTGLQ Investors, LP ("MTGLQ") in the above-referenced action. We submit this letter jointly with co-Defendants Rushmore Loan Management Services LLC ("Rushmore") and U.S. Bank Trust National Association solely as Owner Trustee for Legacy Mortgage Asset Trust 2018-GS1 ("U.S. Bank," and together with Rushmore and MTGLQ, the "Defendants") to advise the Court of a situation that has been brought to our attention by a non-party on behalf of Plaintiff Jonathan Kuhl ("Plaintiff").

    On December 3, 2019, Defendants' counsel received an e-mail from Don Rosendale, who we understand is Plaintiff's close friend. The e-mail stated that Plaintiff had been injured in a car accident and was hospitalized (*see* email, attached as Exhibit 1). Since that initial communication, Defendants' counsel and Mr. Rosendale have exchanged e-mails and Plaintiff has been copied on those emails (but has not responded). We have been advised that Plaintiff seeks a two-week extension of the December 18 deadline for Plaintiff to file a joint opposition to Defendants' motions to dismiss and to advise the Court of Plaintiff's current address. (*See* Dkt. No. 20).

    Yesterday, we left a voice mail message for Mr. Kuhl to confirm, but have not yet received a response. Under the circumstances, Defendants do not oppose a two-week extension for Plaintiff to oppose the motions to dismiss due to his physical condition (*e.g.,* until January 3, 2020), and respectfully defer to the Court for decision.

Honorable Vincent L. Briccetti
December 12, 2019
Page 2

    We thank the Court for its attention to this matter.

                                   Respectfully submitted,

                                   */s/ Lisa A. Herbert*

                                   Lisa A. Herbert
                                   Frank Morreale
                                   *Attorneys for Defendant MTGLQ Investors, LP*

                                   */s/ Erina Fitzgerald*

                                   Erina Fitzgerald
                                   Knuckles, Komosinski & Manfro, LLP
                                   300 Westage Business Center Dr., Suite 160
                                   Fishkill, New York 12524
                                   Tel: (914) 345-3020
                                   ef@kkmllp.com
                                   *Attorneys for Defendants Rushmore Loan Management Services LLC and U.S. Bank Trust National Association solely as Owner Trustee for Legacy Mortgage Asset Trust 2018-GS1*

Enclosure

cc:    Jonathan Kuhl (by ECF and email to jonkuhl1957@yahoo.com)

~#4818-5244-5614~