**EXHIBIT 1**

**From:** Don <donpr1@aol.com>
**Sent:** Tuesday, December 3, 2019 8:55 AM
**To:** Frank Morreale <frank.morreale@nelsonmullins.com>
**Subject:** FW: Jonathan Kuhl

◀External Email▶ - From: donpr1@aol.com

Sent from Mail for Windows 10

**From:** Don
**Sent:** Tuesday, December 3, 2019 8:53 AM
**To:** ef@kkmllp.com
**Cc:** jonkuhl1957@yahoo.com
**Subject:** Jonathan Kuhl



I am a friend of Jon Kuhl's and manage some of his project. Apparently Mr. Kulh was seriously injured (broken sternum etc.) in a car crash on Thursday night, and was in Northern Dutchess Hospital until I talked to him on Saturday morning. I have not been able to reach him since and he has not responded to phone calls or e-mails. (Apparently his cell phone was destroyed in the same car crash. His new cell phone is             I am not able to drive to his home to see what is going on, since my SUV was demolished in a separate car crash on Friday!

He had told me he had received motions that had to be answered. I assume they have not been. While you both are adversaries in his lawsuit, as officers of the court you are obliged to bring this information to the attention of the judge and put things on hold until we find out what's going on. Will either or both of you do this, or I will see if I can find a fax number for the judge.

Pls advise me by the above e-mail, or my phone            or my fax

Thank you.

Don Rosendale

Sent from Mail for Windows 10