12/23/2019

Honorable Vincent. l. Briccettti

Kuhl v. U.S. BANK NATIONAL TRUST ASSOC. etc,el al.
CASE No. 7: 19-cv-08403-D.N.Y.

Dear Judge Briccetti:

There has been some confusion on my address, email, and telephone number. The intake pro se unit had all the information right except my phone did change. Here is the correct information.

Jonathan Kuhl
115 South Quaker Lane
Hyde Park N.Y 12538

845 224 1655

jonkuhl1957@yahoo.com

Sincerely Yours
Jonathan Kuhl

*[signature]*

RECEIVED
DEC 30 2019
U.S.D.C.



Jon Kuhn
115 Melanie Way
Hyde Park NY 12538

ATT
Pro se
Intake

U.S. District Court
300 Quarropas Street
White Plains NY 10601