12/23/2019

Honorable Vincent. l. Briccettti

Kuhl v. U.S. BANK NATIONAL TRUST ASSOC. etc,el al.
CASE No. 7: 19-cv-08403-D.N.Y.

Dear Judge Briccetti:

There has been some confusion on my address, email, and telephone number. The intake pro se unit had all the information right except my phone did change. Here is the correct information.

Jonathan Kuhl
115 South Quaker Lane
Hyde Park N.Y 12538

845 224 1655

jonkuhl1957@yahoo.com

Sincerely Yours
Jonathan Kuhl

---

As plaintiff has updated the Court regarding his address in compliance with the Court's November 18 and December 13, 2019, Orders (Docs. ##20, 23), the Court will not dismiss the case at this time. Defendants' replies, if any, are due 1/17/2020. The Clerk is directed to (i) add plaintiff's phone number and email address to the docket, and (ii) mail a copy of this Order to plaintiff at the address on the docket.

SO ORDERED.

Vincent L. Briccetti, U.S.D.J., 1/3/2020

Jon Kuhn
115 Melanie Way
Hyde Park NY 12538

ATT
Pro se
Intake

U.S. District Court
300 Quaropas Street
White Plains NY 10601

DEC 30 2019

10601–414000