# EXHIBIT "B"




# WebCivil Supreme - Appearance Detail

**Court:** **Dutchess Supreme Court**
**Index Number:** **2019-53461**
**Case Name:** **U.S. BANK TRUST NATIONAL vs. KUHL, JONATHAN A/K/A ETAL**
**Case Type:** **RP-Mortgage Foreclosure-Residential**
**Track:** **Standard**

## Appearance Information:

| Appearance Date | Time | Court Date Purpose | Outcome Type | Justice Part | Remarks | Motion Seq |
|---|---|---|---|---|---|---|
| 05/22/2020 | | Motion-Notice of Motion | | Acker, Hon. Christi J. | MX IN ABEYANCE, FORCL SETL PART | 1 |
| 01/21/2020 | 09:30 AM | Conference-Foreclosure Settlement | | Rubenstein, Lisa E. Foreclosure Settlement Part | | |
| 11/27/2019 | | Motion-Other | Adjourned | Acker, Hon. Christi J. Hon. Christi J. Acker-Motions | MX IN ABEYANCE, FORCL SETL PART (Conversion) | 1 |
| 11/06/2019 | | Motion-Other | Adjourned | Acker, Hon. Christi J. Hon. Christi J. Acker-Motions | | 1 |

Close