UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

JONATHAN KUHL,

                        Plaintiff,

-against-                            **AFFIRMATION OF SERVICE**

U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR LEGACY MORTGAGE ASSET TRUST 2018-GS1, MTGLQ INVESTORS, LP, and RUSHMORE LOAN MANAGEMENT SERVICES LLC,

                       Case No. 19-CV-8403-VB

                     Defendants.
------------------------------------------------------------------X

STATE OF NEW YORK    )
                               ) S.S.:
COUNTY OF DUTCHESS  )

    I, Érina Fitzgerald, Esq., being duly sworn, deposes and says: I am not a party to the action, I am over 18 years of age, and I reside in Dutchess County, New York.

    On January 16, 2020, I served the within copy of the **Reply Affirmation to Plaintiff's Opposition to Motion to Dismiss** via electronic filing and by depositing true copies thereof enclosed in a post-paid plain envelope, by first class mail in an official depository under the exclusive care and custody of the U.S. Postal Service within the State of New York, addressed to the following persons at the last known address set forth below:

| | |
|---|---|
| Jonathan Kuhl<br>115 Melanie Way<br>Hyde Park, New York 12601 | Jonathan Kuhl<br>115 Melanie Way<br>Hyde Park, New York 12538 |
| Jonathan Kuhl<br>115 South Quaker Lane<br>Hyde Park, New York 12538 | United States Courthouse<br>Chambers of Hon. Vincent L. Briccetti<br>300 Quarropas Street, Room 630<br>White Plains, New York 10601 |

Sworn to this 16th day of January, 2020      /s/ Érina Fitzgerald, Esq._____
                                                                Érina Fitzgerald, Esq.