U.S. DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NY (White Plains)      Original

------------------------------------------------------------x
JONATHAN KUHL                                : 
                                             : INDEX:7:19-cv-08403-VB
                                             :
    Plaintiff                                :
                                             :
v.                                           :
                                             :
U.S. BANK TRUST NATIONAL                     :
ASSOCIATION, NOT IN ITS INDIVIDUAL           :
CAPACITY BUT SOLELY AS OWNER                 :
TRUSTEE FOR LEGACY MORTGAGE                  :
ASSET TRUST 2018GS-1, MTGLQ                  :
INVESTORS, LP and RUSHMORE LOAN              :
MANAGEMENT SERVICES LLC                      :
                                             : Affidavit
    Defendants                               :
------------------------------------------------------------x



1. This sur-reply is submitted in opposition to the reply affirmation of Erina Fitzgerald Esq. (Docket 28) filed on January 16, 2020 and received by me on Monday,

2, I realize that permission is normally required to file a sur reply, but Ms. Fitzgerald raised new issues in her affirmation and submitted what appears to be a falsified document. As such, I feel it is important to bring this to the court's attention without delay,

3, The first cause of action in my complaint alleges violation of 15 USC 1641 (g) against U.S. Bank National Association Not In Its Individual Capacity

but Solely as Owner Trustee for Legacy Mortgage Asset Trust 2018 GS1 because as the new creditor it failed to notify me it had bought my loan within 30 days.

4. In arguing that such transaction falls under TILA's one year statute of limitations, Ms. Fitzgerald submits (Exhibit A) a "Notice of Sale of Ownership of Mortgage Loan" indicating a transfer of my loan to "U.S. Bank as owner trustee for Legacy Mortgage Asset Trust 2018-GS1" dated June 11, 2018,

5. Based on this, counsel argues that more than one year transpired between the mortgage sale and the commencement of this action,

6. Attached as Exhibit B is the Assignment of my mortgage to "U.S. Bank as owner trustee for Legacy Mortgage Asset Trust 2018-GS1" which was notarized on January 31, 2019 and filed with the Dutchess County clerk on February 14, 2019. I downloaded this from the county website today,

6. It seems that the defendant U.S. Bank Trust has done the miraculous and notified me of its acquisition of my mortgage loan eight months before it happened.

7. As such, my cause of action for violation of 1641 (g) was timely.

8. I ask that Ms. Fitzgerald's motion of dismiss my First Cause of Action be denied and that Cause of Action be converted to one for Summary Judgement pursuant to FRCP 56 as there are no questions of fact in this regard but only questions of law.

9. I swear under penalty of perjury pursuant to the U.S. Code that the above statements are true,

Respectfully,

Jonathan Kuhl, *pro se*

Dated: January 28, 2020

# EXHIBIT A



P.O. Box 55004
Irvine, CA 92619-2706
888.699.5600 toll free
949.341.0777 local
949.341.2200 fax
www.rushmorelm.com

June 11, 2018

+ 0877374 000000067 09R4L2 0926666
JONATHAN A KUHL
115 S QUAKER LN
HYDE PARK NY 12538-2723

## Notice of Sale of Ownership of Mortgage Loan

Under federal law, borrowers are required to be notified in writing whenever ownership of a mortgage loan secured by their principal dwelling is sold, transferred or assigned (collectively, "sold") to a new creditor. This Notice is to inform you that your prior creditor has sold your loan (described below) to us, the new creditor identified below.

**NOTE:** The new creditor identified below is not the servicer of your loan. The servicer (identified below) acts on behalf of the new creditor to handle the ongoing administration of your loan, including the collection of mortgage payments. Please continue to send your mortgage payments as directed by the servicer, and NOT to the new creditor. <u>Payments sent to the new creditor instead of the servicer may result in late charges on your loan and your account becoming past due. Neither the new creditor nor the servicer is responsible for late charges or other consequences of any misdirected payment.</u>

SHOULD YOU HAVE ANY QUESTIONS REGARDING YOUR LOAN, PLEASE CONTACT THE SERVICER USING THE CONTACT INFORMATION SET FORTH BELOW. The servicer is authorized to handle routine inquiries and requests regarding your loan and, if necessary, to inform the new creditor of your request and communicate to you any decision with respect to such request. **



Please note that the sale of your loan to us may also result in a change of servicer. If this occurs, you will receive a separate notice, required under federal law, providing information regarding the new servicer.

**LOAN INFORMATION**

Date of Loan: 07/31/2003
Original Amount of Loan: $224,250.00
Date Your Loan was Sold to the New Creditor: 05/14/2018
Prior Loan Number:
Current Loan Number:
Address of Mortgaged Property: 115 MELANIE WAY
HYDE PARK, NY 12538

# EXHIBIT B



# Dutchess County Clerk Recording Page

Record & Return To:

| | |
|---|---|
| FIRST AMERICAN MORTGAGE SOLUTIONS<br>3 FIRST AMERICAN WAY<br><br>SANTA ANA, CA 92707 | Date Recorded: 2/14/2019<br>Time Recorded: 10:22 AM<br><br>Document #: 01-2019-50268A |

Received From: Simplifile

Assignor: MTGLQ INVESTORS, L.P.
Assignee: U.S. BANK TRUST NATIONAL ASSOCIATION

Recorded In: ASSIGNMENT OF MORTGAGE
Instrument Type: ASSN
Original Mortgagor: KUHL ANN L

**Examined and Charged As Follows :**

Recording Charge: $50.50

Number of Pages: 2

\*\*\* **Do Not Detach This Page**
\*\*\* **This is Not A Bill**

County Clerk By: SYS
Receipt #: 4665
Batch Record: 32

Bradford Kendall
County Clerk


01201950268A



**NEW YORK**
COUNTY OF DUTCHESS
LOAN NO.: 21524734 [7601314432]
WHEN RECORDED MAIL TO: ATTN: ASSIGNMENT DEPT., RUSHMORE LOAN MANAGEMENT SERVICES LLC C/O FIRST AMERICAN MORTGAGE SOLUTIONS, LLC, 1795 INTERNATIONAL WAY, IDAHO FALLS, ID 83402, PH. (208) 528-9895
SECTION: 6264   BLOCK: 02   LOT: 590558

## ASSIGNMENT OF MORTGAGE

FOR VALUE RECEIVED, **MTGLQ INVESTORS, L. P.**, located at **2001 ROSS AVENUE SUITE 2800, DALLAS, TX 75201**, ASSIGNOR, without recourse does hereby assign and transfer unto **U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR LEGACY MORTGAGE ASSET TRUST 2018-GS1**, located at **60 LIVINGSTON AVENUE EP-MN-WS3D, ST. PAUL, MN 55107**, ASSIGNEE, its successors and assigns, all of Assignor's right, title, and interest in and to that certain Mortgage dated **JULY 31, 2003**, made by **ANN L. KUHL, A SINGLE WOMAN AND JONATHAN A. KUHL, A SINGLE MAN**, Mortgagor, to **HOMEOWNERS LOAN CORPORATION**, Original Mortgagee, in the principal sum of **$224,250.00** and recorded on **JANUARY 07, 2004** as Document No. **01 2004 363** in the office of the County Clerk/Register for **DUTCHESS** County, State of **NEW YORK** and more particularly described hereinafter as follows:

LEGAL DESCRIPTION: **AS DESCRIBED ON SAID MORTGAGE REFERRED TO HEREIN**
PROPERTY ADDRESS: **115 SOUTH QUAKER LANE, HYDE PARK, NY 12538**
ASSIGNMENT HISTORY:

An Assignment in whole dated **JULY 31, 2003** and recorded from **HOMEOWNERS LOAN CORPORATION** to **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.** recorded on **JULY 16, 2004** as Doc No. **01 2004 2254A**.

And an Assignment in whole dated **AUGUST 18, 2006** and from **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.** to **HOUSEHOLD FINANCE REALTY CORPORATION OF NEW YORK** recorded on **SEPTEMBER 06, 2006** as Doc No. **01 2006 1827A**.

And an Assignment in whole dated **MARCH 13, 2014** and from **HOUSEHOLD FINANCE REALTY CORPORATION OF NEW YORK** to **LSF8 MASTER PARTICIPATION TRUST** recorded on **APRIL 25, 2014** as Doc No. **01 2014 1302A**.

TOGETHER WITH all rights accrued or to accrue under said Mortgage.

TO HAVE AND TO HOLD the same unto Assignee, its successors, legal representatives and assigns, forever. The word "assignor" or "assignee" shall be construed as if it read "assignors" or "assignees" whenever the sense of this instrument so requires. This assignment is not subject to the requirements of section 275 of the Real Property Law because it is an assignment within the secondary mortgage market.

IN WITNESS WHEREOF, the undersigned has caused this Instrument to be executed on **JAN 3 1 2019**.
**MTGLQ INVESTORS, L.P.**

_____
**ANDREA RHINEHARDT, VICE PRESIDENT**

STATE OF TEXAS         COUNTY OF DALLAS ) ss.
On the **JAN 3 1 2019** day of _____ in the year _____ before me, the undersigned, personally appeared **ANDREA RHINEHARDT** personally known to me to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her capacity, and that by his/her signature on the instrument, the individual, or person upon behalf of which the individual acted, executed the instrument.

_Natalie Flowers_
**Natalie Flowers**    (COMMISSION EXP.
**NOV 2 9 2022**   )
NOTARY PUBLIC

Natalie Flowers
My Commission Expires
11/29/2022
ID No 124227602

RM80801171M - AM - NY                Page 1 of 1                MIN: 100046000075000103
                                                                MERS PHONE: 1-888-679-6377









PRESS FIRMLY TO SEAL

U.S. POSTAGE PAID
PME 1-Day
MILLBROOK, NY 12545
JAN 29, 20
AMOUNT
$26.35
R2305K136913-02

UNITED STATES POSTAL SERVICE® | PRIORITY MAIL EXPRESS®

EJ 266 798 895 US

JAN 3 0 2020

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT)
Don Rosendale
4848 Rt. 44
Amenia NY 12601

**DELIVERY OPTIONS (Customer Use Only)**

TO: (PLEASE PRINT)
Pro Se Clerk
US District Court
300 Quarropas Street
White Plains NY

ZIP+4: 10601-4140

PO ZIP Code: 12545
Scheduled Delivery Date: 1/30/20
Postage: $26.35
Date Accepted: 1/29/20
Scheduled Delivery Time: 12 NOON
Time Accepted: 3:26 PM
Flat Rate
Total Postage & Fees: $26.35

3F Oct 2018
12 1/2 x 9 1/2

PEEL FROM THIS CORNER

PO, and select International destinations. See DMM and IMM at pe.usps.com for complete details.
* For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 4 lbs.

U.S. DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NY (White Plains)

-----------------------------------------------------------x
JONATHAN KUHL                                              :
                                                           : INDEX:7:19-cv-08403-VB
                                                           :
        Plaintiff                                          :
                                                           :
v.                                                         :
                                                           :
U.S. BANK TRUST NATIONAL                                   :
ASSOCIATION , NOT IN ITS INDIVIDUAL                        :
CAPACITY BUT SOLELY AS OWNER                               :
TRUSTEE FOR LEGACY MORTGAGE                                :
ASSET TRUST 2018GS-1, MTGLQ                                :
INVESTORS, LP and RUSHMORE LOAN                            :          :
MANAGEMENT SERVICES LLC                                    :
                                                           : Affidavit of Service
        Defendants                                         :
-----------------------------------------------------------x

DONALD ROSENDALE states under penalty of perjury:

1. I am over 18 years of age, a citizen of the U.S. and not a party to this action. I served the herein sur reply on the defendants on January 29, 2020 by placing a copy in envelopes addressed to their respective lawyers

Erina Fitzgerald Esq.            Frank Morreale Esq.
Knuckles Kominski etc.           Nelson Mullins etc.
565 Taxter Rd.                   500 N. Laura St.
Elmsford, NY 10523               Jacksonville, Fla. 32202

2.Sealing those envelopes and placing them in the custgody of an employee of the U.S. Postal Service.

I swear the preceding statements are true pursuant under penalty of perjury.

_____
Donald Rosendale