UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------ X
JONATHAN KUHL,                                         :
                                                       :
           Plaintiff,                                  :    Civil Action No.:  19-CV-8403
v.                                                     :
                                                       :    NOTICE OF APPEARANCE
U.S. BANK TRUST NATIONAL                               :
ASSOCIATION, et al,                                    :
                                                       :
           Defendants.                                 :
                                                       :
                                                       :
                                                       :
------------------------------------------------------ X
```

**PLEASE TAKE NOTICE** that John E. Brigandi, Esq., hereby appears in this proceeding as counsel for defendants U.S. Bank National Association and Rushmore Loan Management Services, LLC.

Please forward all notices and communications to the undersigned.

DATED:  August 4, 2020            KNUCKLES, KOMOSINSKI & MANFRO, LLP.

                                                   By: s/  John E. Brigandi
                                                       JOHN E. BRIGANDI

                                                    600 E. Crescent Ave., Suite 201
                                                    Upper Saddle River, NJ 07458
                                                    (201) 391-0370
                                                    *jeb@kkmllp.com*