## CERTIFICATION OF SERVICE

      I hereby certify that on the 11th day of August 2020, a copy of Defendants' joint letter (Dkt. 34) was served upon the following via Fedex Overnight:

Jonathan Kuhl
115 South Quaker Lane
Hyde Park, NY 12538

DATED:  August 11, 2020        **Knuckles, Komosinski & Manfro, LLP**

                                                 By:  /s/John E. Brigandi
                                                 JOHN E. BRIGANDI, ESQ.
                                                 50 Tice Blvd, Suite 180
                                                 Woodcliff Lake, NJ 07677
                                                 (201) 391-0370
                                                 jeb@kkmllp.com