U.S. DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NY (White Plains)

------------------------------------------------------------x

JONATHAN KUHL

INDEX: 19-cv-8403

    Plaintiff

v.

U.S. BANK TRUST NATIONAL
ASSOCIATION, NOT IN ITS INDIVIDUAL
CAPACITY BUT SOLELY AS OWNER
TRUSTEE FOR LEGACY MORTGAGE
ASSET TRUST 2018GS-1, MTGLQ
INVESTORS, LP and RUSHMORE LOAN
MANAGEMENT SERVICES LLC

    Defendants

------------------------------------------------------------x



JOSE SANTIAGO states under penalty of perjury:

    1. I am over 18 years of age, a citizen of the US and not a party to this action.

    2. I served the response directed by the court on the defendants on August 13, 2020 by placing a copy in an envelope addressed to its attorney, John E. Brigandi Esq. at his office 60 Crscent Ave., Suite 200, Upper Saddle River, NJ 07548, sealing that envelope and placing it in the custody of an employee of the U.S. Postal Service.

    3. I swear under penalty of perjury that the preceding statements are true pursuant to the United States Code.

*/s/ Jose Santiago*



115 South Quaker Ln
Hyde Park NY 12538

United States District Court
Pro Se Clerk
300 Quarropas St.
White Plains N.Y. 10601