UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
JONATHAN KUHL,
                        Plaintiff,

v.

U.S. BANK TRUST NATIONAL                         **ORDER**
ASSOCIATION, not in its individual Capacity
but solely as Owner Trustee for legacy               19 CV 8403 (VB)
Mortgage Asset Trust 2018GS-1 and
RUSHMORE LOAN MANAGEMENT
SERVICES LLC,
                        Defendants.
--------------------------------------------------------------x

      This case is scheduled for an initial conference on October 29, 2020, at 10:30 a.m., to proceed by telephone. (See Doc. #41).

      By October 22, 2020, the parties shall file on the ECF docket their proposed Civil Case Discovery Plan and Scheduling Order.

      Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: September 29, 2020
       White Plains, NY

                                        SO ORDERED:

                                        _____
                                        Vincent L. Briccetti
                                        United States District Judge