U.S. DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NY (White Plains)

---------------------------------------------------------------x
JONATHAN KUHL

: INDEX: 19-cv-8403

    Plaintiff

v.

U.S. BANK TRUST NATIONAL
ASSOCIATION, NOT IN ITS INDIVIDUAL
CAPACITY BUT SOLELY AS OWNER
TRUSTEE FOR LEGACY MORTGAGE
ASSET TRUST 2018GS-1, MTGLQ
INVESTORS, LP and RUSHMORE LOAN
MANAGEMENT SERVICES LLC    : Affidavit of Service

    Defendants
---------------------------------------------------------------x

DONALD P. ROSENDALE being sworn states as follows:

    1. I am over 18 years of age, a citizen of the U.S. and reside in New York State.

    2. I served the attached Rule 26 disclosures on the defendant by attaching it to an e-mail address to John Brigandi Esq., aay jeb@kkelaw.com the address he had given for electronic service on December 12, 2020.

    3. I swear the preceding statements are true under penalty of perjury pursuant to the U.S. code.

Respectfully,

*/s/ Donald P. Rosendale*

Donald P. Rosendale     Dated: January 14, 2021
4848 Route 44
Amenia, N.Y. 12501