USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/19/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

JONATHAN KUHL,
Plaintiff,

v.

U.S. BANK TRUST NATIONAL ASSOCIATION, not in its individual Capacity but solely as Owner Trustee for legacy Mortgage Asset Trust 2018GS-1; MTGLQ INVESTOR, LP; and RUSHMORE LOAN MANAGEMENT SERVICES LLC,
Defendants.

-----------------------------------------------------------x

**ORDER**

19 CV 8403 (VB)

Copies Mailed/Faxed 11/19/21
Chambers of Vincent L. Briccetti

As discussed at an on-the-record conference held today, and attended by plaintiff, who is proceeding pro se, and counsel for defendants, it is HEREBY ORDERED:

1. Defendants' motion for summary judgment is due December 30, 2021.

2. Plaintiff's opposition to defendants' motion for summary judgment, as well as plantiff's cross motion for summary judgment, are both due January 31, 2022. Plaintiff shall file one set of motion papers.

3. Defendants' reply in support of its motion for summary judgment, as well as defendants' opposition to plaintiff's cross motion for summary judgement is due February 14, 2022. Defendants shall file one set of motion papers.

4. Plaintiff's reply in support of his cross motion for summary judgment is due February 28, 2022.

Chambers will mail a copy of this Order, as well as the Motions Guide, to plaintiff to the address on the docket.

Dated: November 19, 2021
White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge