# JONATHAN KUHL
115 South Quaker Lane
Hyde Park, N.Y. 12538
845.224.1655   Email: jonkuhl957@yahoo.com

March 3, 2022

Pro se clerk
U.S. District Court
300 Quarropas St.
White Plains, N.Y. 10601

Re: Kuhl vs U.S. Bank et al 19-cv-8403

Dear Sir of Madam:

    I hand-delivered the attached affidavit in support of my opposition to the defendants' motion for Summary Judgement on February 22, 2022. While all other documents were accepted, this Affidavit in Support was returned to me without a clear explanation.

    In an effort to clear up any errors, I have:

- Added a caption, and
- Had the author of the re-sign it in a large, clearer script.

    Please contact me at the above telephone number if there are any remaining problems.

    Sincerely,

*Jonathan Kuhl*

    Jonathan Kuhl, *pro se*