UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------x
JONATHAN KUHL,
                      Plaintiff,

v.

U.S. BANK TRUST NATIONAL
ASSOCIATION, not in its individual Capacity
but solely as Owner Trustee for legacy
Mortgage Asset Trust 2018GS-1 and
RUSHMORE LOAN MANAGEMENT
SERVICES LLC,
                      Defendants.
--------------------------------------------------------------x

**ORDER**

19 CV 8403 (VB)

       By letter filed with the Court May 16, 2022,[1] plaintiff, proceeding pro se, provides information to the Court regarding his private communications with defendant Rushmore Loan Management Services LLC. It is not clear what relief (if any) plaintiff seeks from the Court.

       To the extent that plaintiff intends his May 16, 2022, letter to supplement his opposition to defendants' motion for summary judgment or his reply in support of his motion for summary judgment, plaintiff's request is DENIED. As the Court has previously advised plaintiff, prior permission from the Court is required pursuant to Paragraph 2.C of Judge Briccetti's Individual Practices before a party may file a sur-reply.

       Plaintiff is directed to communicate directly with defendant Rushmore Loan Management Services LLC to the extent he has questions about correspondence with Rushmore Loan Management Services LLC.

Dated: May 17, 2022
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge

---

[1]    Plaintiff's letter is dated May 16, 2021, which the Court construes as an error.