**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
JONATHAN KUHL,

                    Plaintiff,

     -against-                                      19 **CIVIL** 8403 (VB)

                                                                     **<u>JUDGMENT</u>**

U.S. BANK TRUST NATIONAL ASSOCIATION,
not in its individual capacity but solely as Owner
Trustee for Legacy Mortgage Asset Trust 2018GS-1,
and RUSHMORE LOAN MANAGEMENT
SERVICES LLC,

                    Defendants.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated September 6, 2022, Defendants' motion for summary judgment is GRANTED and Plaintiff's motion for summary judgment is DENIED; accordingly, the case is closed.

**Dated:**  New York, New York

       September 7, 2022

                                                          **RUBY J. KRAJICK**

                                                          _____
                                                              **Clerk of Court**

                                    **BY:**   *K. Mango*

                                                              _____
                                                              **Deputy Clerk**